United States District Court
Southern District of Texas
**ENTERED**
October 27, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CONNIE MARIE ROSALES, § <br>     Petitioner, § <br> § <br> v. § <br> § <br> UNITED STATES OF AMERICA, § <br>     Respondent. § <br> § | Civil Action No. 1:16-cv-229 <br> (Criminal No. 1:15-cr-1150-2) |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. No objections have been filed. After a de novo review of the file, the "Magistrate Judge's Report and Recommendation" (Docket No. 5) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Rosales' "Motion Pursuant to 28 U.S.C. § 2255 to Vacate Set Aside Sentence in Light of Retroactive Effect of the Clarifying Amendment (794)" (Docket No. 1) is **DISMISSED** with prejudice pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings for the United States District Courts for failure to state a cognizable claim. A certificate of appealability shall not issue.

Signed on this 26th day of October, 2016

Rolando Olvera
United States District Judge